ACCEPTED
03-15-00252-CV
8178831
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/10/2015 12:59:38 PM
JEFFREY D. KYLE
CLERK



1221 McKinney Street, Suite 4500 | Houston, Texas 77010
Phone 713.951.3700 | Fax 713.951.3720
www.beckredden.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/10/2015 12:59:38 PM
JEFFREY D. KYLE
Clerk

CONSTANCE H. PFEIFFER
BOARD CERTIFIED ♦ CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

Direct: 713.951.6294
cpfeiffer@beckredden.com

December 10, 2015

Re:  No. 03-15-00252-CV; *Dr. Behzad Nazari, D.D.S. d/b/a Antoine Dental Center, et al. v. The State of Texas, Xerox Corporation, and Xerox State Healthcare, LLC f/k/a ACS State Healthcare, LLC*; In the Court of Appeals for the Third District of Texas at Austin, Trial Court Cause No.: D-1-GN-14-005380

No. 03-15-00401-CV; *In Re Xerox Corporation and Xerox State Healthcare, LLC f/k/a ACS State Healthcare, LLC*; In the Third Court of Appeals of Texas at Austin, Trial Court Cause No.: D-1-GV-14-000581

Jeffrey D. Kyle, Clerk of the Court                          ***By E-Filing***
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

Dear Mr. Kyle:

As we have previously indicated, the undersigned, Constance H. Pfeiffer, will present oral argument on behalf of Xerox Corporation and Xerox State Healthcare, LLC f/k/a ACS State Healthcare, LLC in the mandamus proceeding (No. 03-15-00401-CV). Eric Nichols will present the argument for Xerox Corporation and Xerox State Healthcare, LLC f/k/a ACS State Healthcare, LLC in the interlocutory appeal (No. 03-15-00252-CV).

Thank you for your courtesy and assistance.

Sincerely,

*/s/ Constance H. Pfeiffer*

Constance H. Pfeiffer
COUNSEL FOR XEROX CORPORATION
AND XEROX STATE HEALTHCARE, LLC
F/K/A ACS STATE HEALTHCARE, LLC

1802.008/571831

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2015, a true and correct copy of the above and foregoing document was forwarded to all counsel of record by the Electronic Service Provider, if registered, otherwise by email, as follows:

J. Campbell Barker
Deputy Solicitor General
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX  78711-2548
Cam.Barker@texasattorneygeneral.gov

Philip A. Lionberger
Assistant Solicitor General
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX  78771-2548
Philip.Lionberger@texasattorneygeneral.gov

Raymond Winter
Chief, Civil Medicaid Fraud Division
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
raymond.winter@texasattorneygeneral.gov

Reynolds Brissenden
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
reynolds.brissenden@texasattorneygeneral.gov

*Counsel for The State of Texas*

Jason Ray
Riggs, Aleshire & Ray, P.C.
700 Lavaca, Suite 920
Austin, TX 78701
jray@r-alaw.com

E. Hart Green
Weller, Green, Toups & Terrell, L.L.P.
Post Office Box 350
Beaumont, TX 77704-0350
hartgr@wgttlaw.com

*Counsel for Dr. Behzad Nazari, D.D.S. d/b/a Antoine Dental Center, et al.*

By: */s/ Constance H. Pfeiffer*
Constance H. Pfeiffer

1802.008/571831